IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-mj-00264-STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TONY JACKSON,

    Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ David E. Johnson
    DAVID E. JOHNSON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    David_johnson@fd.org
    Attorney for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that on November 27, 2019, I filed the foregoing **Notice of Appearance** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Martha Ann Paluch, Assistant United States Attorney
E-mail:  Martha.paluch@usdoj.gov

    I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Tony Jackson (via U.S. mail)

                                s/ David E, Johnson
                                DAVID E. JOHNSON
                                Assistant Federal Public Defender
                                633 17th Street, Suite 1000
                                Denver, CO  80202
                                Telephone:  (303) 294-7002
                                FAX:  (303) 294-1192
                                David_johnson@fd.org
                                Attorney for Defendant