**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.    19-cr-00517-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  TONY JACKSON,

      Defendant.

---

**INDICTMENT**

---

The Grand Jury charges:

## COUNT 1

On or about November 24, 2019, in the State and District of Colorado and elsewhere, the defendant, TONY JACKSON, on an aircraft in the special aircraft jurisdiction of the United States, to wit: American Airlines Flight AA2258 bound for Chicago O'Hare International Airport from McCarran International Airport, by knowingly intimidating flight attendants of the aircraft, to wit: C.T., S.L., E.R-G., and T.R., did interfere with the performance of the duties of the attendants and did lessen their ability to perform those duties.

All in violation of Title 49, United States Code, Section 46504.

A TRUE BILL:


Ink Signature on File in Clerk's Office
FOREPERSON

JASON R. DUNN
United States Attorney


By:   s/Emily Treaster
EMILY TREASTER
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Emily.Treaster@usdoj.gov
Attorney for the Government

2