| | |
|---|---|
| DEFENDANT: | TONY JACKSON |
| AGE or YOB: | 1978 |
| COMPLAINT FILED? | __X__ Yes  _____ No  If Yes, MAGISTRATE CASE NUMBER __19-mj-00264-STV__ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | _X_ Yes  ____ No  If No, a new warrant is required |
| OFFENSE(S): | Interference with Flight Attendants, 49 U.S.C. § 46504 |
| LOCATION OF OFFENSE: | Denver County, Colorado and elsewhere |
| PENALTY: | NMT 20 years' imprisonment, NMT a $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment |
| AGENT: | Maureen Gibson  Special Agent, FBI |
| AUTHORIZED BY: | AUSA Emily Treaster  Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_X_ five days or less; __ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)(2).

The statutory presumption of detention is not applicable to this defendant.