IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00517-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TONY JACKSON,

        Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

        Defendant, Tony Jackson ("Mr. Jackson"), by and through undersigned counsel, David E. Johnson, hereby files this Unopposed Motion for an Extension of Time to File Pretrial Motions, and in support thereof, states as follows:

        1.     Mr. Jackson is charged in a one-count indictment alleging a violation of 49 U.S.C. § 46504, interference with flight crew members. Pretrial motions are currently due January 3, 2020.

        2.     In order to effectively represent Mr. Jackson, undersigned counsel requests a 10-day extension of time for the deadline to file pretrial motions. Undersigned counsel and his office have worked diligently on the case. However, additional time is necessary, including the research and, if necessary, the ultimate filing of pretrial motions. An extension is also needed to allow undersigned counsel additional time to continue discussing the case with Mr. Jackson.

3. Simultaneously, the parties are in the process of conferring. Plea negotiations are ongoing, such that if a disposition is reached, pretrial motions may be unnecessary.

4. Undersigned counsel has conferred with the government on this motion. Assistant United States Attorney Emily Treaster conveyed she has no opposition to the 10-day extension requested herein.

WHEREFORE, the instant motion should be granted and this Court should extend the deadline for filing pretrial motions ten days, to and including January 13, 2020, and concurrently extend the deadline for filing responses to pretrial motions to January 20, 2020.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ David E. Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_johnson@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that on January 2, 2020, I filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Emily May Treaster, Assistant United States Attorney
E-mail: emily.treaster@usdoj.gov

    I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Tony Jackson (via U.S. mail)

                                   s/ David E, Johnson
                                   DAVID E. JOHNSON
                                   Assistant Federal Public Defender
                                   633 17th Street, Suite 1000
                                   Denver, CO  80202
                                   Telephone:  (303) 294-7002
                                   FAX:  (303) 294-1192
                                   David_johnson@fd.org
                                   Attorney for Defendant