IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00517-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TONY JACKSON,

        Defendant.

## NOTICE OF DISPOSITION

        Defendant, Tony Jackson ("Mr. Jackson"), by and through undersigned counsel, David E. Johnson, hereby notifies this Court that a disposition has been reached in his case with the government. Mr. Jackson would request a change of plea hearing for the court to consider the proposed plea agreement

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ David E. Johnson
        DAVID E. JOHNSON
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        David_johnson@fd.org
        Attorney for Defendant

*I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.*

CERTIFICATE OF SERVICE

    I hereby certify that on January 13, 2020, I filed the foregoing *Notice of Disposition* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Emily May Treaster, Assistant United States Attorney
E-mail:  emily.treaster@usdoj.gov

    I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Tony Jackson (via U.S. mail)

    s/ David E, Johnson
    DAVID E. JOHNSON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    David_johnson@fd.org
    Attorney for Defendant