IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00517-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

TONY JACKSON,

       Defendant.

## UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING

Defendant, Tony Jackson ("Mr. Jackson"), by and through undersigned counsel, David E. Johnson, hereby files the below Unopposed Motion to Continue the Change of Plea Hearing, currently set for February 6, 2020 at 1:30 pm, requesting that the hearing be rescheduled for some other time during the week of February 3, and in support thereof, states as follows:

1.    Mr. Jackson is charged in a one-count indictment with violating 49 U.S.C. § 46504, Interference with Flight Attendants. *See* Doc. 16. An arraignment and Discovery Conference occurred on December 20, 2019. Doc. 19. That same day, this Court entered an Order Setting Trial Date and Related Deadlines. Doc. 21.

2.    Yesterday, on January 13, 2020, Mr. Jackson filed a Notice of Disposition. Doc. 24. In response, this Court vacated the previously set trial dates and deadlines, and set a Change of Plea Hearing for February 6, 2020 at 1:30 pm. Doc. 25.

3.    Undersigned counsel has a conflict with a hearing on February 6, 2020 at 1:30 pm. Specifically, undersigned counsel has another Change of Plea Hearing scheduled in front of

Judge Blackburn for that exact same day and time: February 6, 2020 at 1:30 pm.  That hearing was set on December 12, 2019.

      4.      Because of the conflicting hearings, undersigned counsel requests that Mr. Jackson's hearing be rescheduled. Undersigned counsel has conferred with Assistant United States Attorney Emily Treaster. She does not oppose this motion.

      5.      Upon conferring, Ms. Treaster explained that she is available at any other time during the week of February 3.

      6.      Undersigned counsel, too, is available almost the entire week of February 3.  The only time undersigned counsel is *not* available that week is on February 6 at 1:30 pm, or the morning of February 7.

WHEREFORE, based upon the above, Mr. Jackson requests that this Unopposed Motion be granted and the Change of Plea Hearing in this case be re-scheduled for some other time during the week of February 3 (with the exception of the morning of February 7).

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      s/ David E. Johnson
      DAVID E. JOHNSON
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      David_johnson@fd.org
      Attorney for Defendant

*I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.*

CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2020, I filed the foregoing *Unopposed Motion to Continue Change of Plea Hearing* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Emily May Treaster, Assistant United States Attorney
E-mail:  Emily.treaster@usdoj.gov

Martha Ann Paluch, Assistant United States Attorney
E-mail:  Martha.paluch@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Tony Jackson (via U.S. mail)

s/ David E, Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_johnson@fd.org
Attorney for Defendant

3