# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Courtroom Deputy:  Patricia Glover | Date: February 11, 2020 |
| Court Reporter:    Tracy Weir | Interpreter:  n/a |
| Probation:  n/a | |

**CASE NO.   19-cr-00517-DDD**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Emily Treaster |
| Plaintiff, | |
| v. | |
| TONY JACKSON, | David Johnson |
| Defendant. | |

## ARRAIGNMENT AND CHANGE OF PLEA HEARING

**1:31 p.m.**     **Court in session.**

Defendant present in custody.

Defendant sworn.

Defendant advised regarding:

  1)   The Plea Agreement;
  2)   The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
  3)   The objectives and factors in 18 U.S.C. §3553(a).

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Defendant is rearraigned on Count 1 of the **Indictment**.   Defendant pleads guilty to Count 1of the **Indictment.**

Oral findings are made of record.

**ORDER:**     Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received**.**

**ORDER:**     Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 1 of the Indictment.**

**ORDER:**     Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:**     Sentencing hearing is set **May 8, 2020 at 2:30 p.m.**, in Courtroom A702, 901 19th Street, Denver, CO. Any hearings other than Sentencing are hereby VACATED. Any pretrial motions that are pending are hereby declared moot.

**ORDER:**     Any objections to the presentence report and any motions for departure or variance will be filed within 14 days or receiving the presentence report in accordance with Fed.R.Crim.P.32(f)(1).   Any responses to objections or motions shall be filed no later than seven days prior to the sentencing date.

**ORDER:**     Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

**1:49 p.m.**     **Court in recess.**

**Total Time:**   **18 minutes.**
**Hearing concluded.**