IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-cr-00517-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

  1.  TONY JACKSON,

    Defendant.

## MOTION TO WITHDRAW

The United States of America, by Jason R. Dunn, United States Attorney for the District of Colorado, through Martha Ann Paluch, Assistant United States Attorney, hereby files its Motion to Withdraw as counsel of record and requests termination of electronic service in the above-captioned case.  As grounds for this motion, the government states that AUSA Emily Treaster is counsel of record in this case, has filed an entry of appearance, and is receiving electronic notice.

Dated this 12th day of February 2020.

Respectfully submitted,

JASON R. DUNN
United States Attorney


By: *s/Martha Paluch*
Martha Paluch
Assistant United States Attorney
United States Attorney's Office
1801 California Street, #1600
Denver, Colorado  80202
Telephone: (303) 454-0100
FAX: (303) 454-0401
E-mail: Martha.Paluch@usdoj.gov

Attorney for the United States

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of February 2020, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification to all parties of record.


*s/Portia Peter*
Legal Assistant
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Email: Portia.peter@usdoj.gov