IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00517-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     TONY JACKSON,

      Defendant.

---

## JOINT MOTION REQUESTING AN ORDER
## AUTHORIZING VTC AND/OR TELEPHONE CONFERENCING

---

The United States of America, by and through Jason R. Dunn, United States Attorney for the District of Colorado, and Emily Treaster, Assistant United States Attorney, and the Defendant, Tony Jackson, by and through undersigned counsel, David E. Johnson, file this joint motion requesting that the Court issue an Order pursuant to the CARES Act and District Court General Order 2020-4, authorizing the use of video teleconferencing (VTC), and/or, if VTC is not reasonably available, telephone conferencing for the May 8, 2020 sentencing in this case. Counsel for the Defendant advises that, after consultation with counsel, the Defendant consents to the entry of the requested Order.  The parties offer the following in support of this motion:

1. On March 29, 2020, the Judicial Conference of the United States found, pursuant to the CARES Act, that "emergency conditions due to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. § 1601, *et seq.*) with respect to the Coronavirus Disease 2019 (COVID-19) have materially affected and will materially affect the functioning of the federal courts generally."

2. On April 6, 2020, Philip A. Brimmer, Chief United States District Court Judge for the District of Colorado, issued District Court General Order 2020-4, finding that emergency conditions due to the COVID-19 pandemic will materially affect the functioning of the courts within the District of Colorado.  Chief Judge Brimmer also found that, pursuant to § 15002(b)(2) of the CARES Act, felony pleas under Rule 11 of the Federal Rules of Criminal Procedure and felony sentencings under Rule 32 of the Federal Rules of Criminal Procedure cannot be conducted in person without seriously jeopardizing public health and safety.  Finally, Chief Judge Brimmer recognized that the CARES Act authorizes judges in individual cases to conduct felony guilty pleas or sentencings by VTC, or by telephone conference if VTC is not reasonably available, where those judges find specific reasons that those cases cannot be further delayed without serious harm to the interest of justice, so long as the defendant consents after consultation with counsel.

3. The Defendant, Tony Jackson, is detained and pending sentencing.  His sentencing is set for May 8, 2020.  ECF No. 28.  Both parties will request a ***time-served sentence*** on that date. The Probation Office also recommends a ***time-served sentence*** be imposed on that date. ECF No. 33-1 at R-1.  Therefore, this matter cannot be further delayed without serious harm to the interests of justice.  As noted above, after consultation with his counsel, the Defendant consents to the entry of the requested Order through counsel.

4. The Office of Assistant Federal Public Defender David E. Johnson has conferred with the Park County Jail, which is the facility at which Mr. Jackson is being held.  Specifically, Sargent Theobald at the Park County Jail has confirmed to Mr. Johnson's office that the facility has the capability to bring video and telephonic connectivity to this Court.  The

facility is equipped with VTC equipment that has the ability to connect inmates to this Court. Sargent Theobald explained to Mr. Johnson's office that the Park County Jail has been working with an employee of this Court, Mr. Piper, a courtroom technician specialist at the federal district court, and that a test of the equipment was conducted last week with the federal court and that "went fine."

For these reasons, the parties respectfully request that the Court issue an Order finding further delay of the above-referenced hearing would cause serious harm to the interest of justice for the specific reasons articulated above, such that the hearing must be conducted by VTC, or by telephone conference if VTC is not reasonably available. The United States further requests that the Court confirm, on the record at the beginning of any such proceeding, that the Defendant consents to conducting the proceeding through VTC or teleconference.

Dated this 10th day of April, 2020.

JASON R. DUNN
United States Attorney


By:   s/Emily Treaster_____
      EMILY TREASTER
      Assistant United States Attorney
      1801 California Street, Suite 1600
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      Facsimile: (303) 520-2551
      E-mail: Emily.Treaster@usdoj.gov
      Attorney for the Government

3

VIRGINIA L. GRADY
Federal Public Defender


By:   s/David E. Johnson
      DAVID E. JOHNSON
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO 80202
      Telephone: (303) 294-7002
      Facsimile: (303) 294-1192
      E-mail: David_Johnson@fd.org
      Attorney for Defendant

*We hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of April, 2020, I electronically filed the foregoing **JOINT MOTION REQUESTING AN ORDER AUTHORIZING VTC AND/OR TELEPHONE CONFERENCING** using the CM/ECF system which will send notification of such filing to the following e-mail address:

David E. Johnson
E-mail: David_Johnson@fd.org
Attorney for Tony Jackson


*s/Maggie E. Grenvik*
Maggie E. Grenvik
Legal Assistant

5