IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00517-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    TONY JACKSON,

    Defendant.

## ORDER AUTHORIZING VTC OR TELEPHONE CONFERENCE

This matter is before the Court on a motion by the parties and with the consent of the Defendant through Counsel for an Order authorizing the use of video teleconferencing ('VTC"), and/or, if VTC is not reasonably available, telephone conferencing for the sentencing hearing in this matter. For the following reasons, the motion (Doc. 34) is **GRANTED**.

1. On March 29, 2020, the Judicial Conference of the United States found, pursuant to the CARES Act, that "emergency conditions due to the national emergency declared by the President under the National Emergencies Act, 50 U.S.C. § 1601, *et seq.*, with respect to the Coronavirus Disease 2019 ("COVID-19") have materially affected and will materially affect the functioning of the federal courts generally."

2. On April 6, 2020, Philip A. Brimmer, Chief Judge of the United States District for the District of Colorado, issued District Court General Order 2020-4, finding that emergency conditions due to the

COVID-19 pandemic will materially affect the functioning of the courts within the District of Colorado. Chief Judge Brimmer also found that, pursuant to § 15002(b)(2) of the CARES Act, felony pleas under Rule 11 of the Federal Rules of Criminal Procedure and felony sentencings under Rule 32 of the Federal Rules of Criminal Procedure cannot be conducted in person without seriously jeopardizing public health and safety. Finally, Chief Judge Brimmer recognized that the CARES Act authorizes judges in individual cases to conduct felony guilty pleas or sentencings by VTC, or by telephone conference if VTC is not reasonably available, where that judge finds specific reasons that those cases cannot be further delayed without serious harm to the interest of justice, so long as the defendant consents after consultation with counsel.

3. The Defendant, Tony Jackson, is detained and pending sentencing. His sentencing is set for May 8, 2020. (Doc. 28.) Both parties will request a ***time-served sentence*** on that date, and they further represent that the Probation Office also recommends a ***time-served sentence***. Therefore, this matter cannot be further delayed without serious harm to the interests of justice. As noted above, after consultation with his counsel, the Defendant consents to the entry of the requested Order through counsel.

It is therefore **ORDERED** for the specific reasons noted above that the sentencing in the above referenced matter shall be conducted by VTC, or by telephone conference if VTC is not reasonably available. The Court will confirm the Defendant's consent to proceeding in this manner on the record at the hearing.

Dated: April 13, 2020.       BY THE COURT:

                                                       _____
                                                       Daniel D. Domenico
                                                       United States District Judge