IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00517-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TONY JACKSON,

        Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, Tony Jackson ("Mr. Jackson"), by and through undersigned counsel, David E. Johnson, hereby files this Unopposed Motion for a One-Business-Day Extension of Time to file his Sentencing Motion in this case, to and including April 27, 2020, and in support thereof, states as follows:

1. The Sentencing Hearing in this case is set for Friday, May 8, 2020 at 2:30 p.m., to occur via VTC. *See* Docs. 28, 35. Mr. Jackson's Sentencing Motion is due two weeks before that date, which is today, April 24, 2020.

2. Mr. Jackson requests a one-business-day extension of time in which to file his Sentencing Motion. Due to the requirements of working-at-home, as well as undersigned counsel's children also having school-at-home, undersigned counsel needs additional time to prepare and file his Sentencing Motion in this case. He informs, however, that he agrees with the current sentencing recommendation contained in the PSR, for reasons to be explained in his Sentencing Motion.

     3.     Undersigned counsel has conferred with government counsel, Assistant United States Attorney Emily Treaster, who does not oppose this motion.

WHEREFORE, this Unopposed Motion should be granted and the deadline for Mr. Jackson to file his Sentencing Motions should be extended to and including April 27, 2020.

     Respectfully submitted,

     VIRGINIA L. GRADY
     Federal Public Defender


     s/ David E. Johnson
     DAVID E. JOHNSON
     Assistant Federal Public Defender
     633 17th Street, Suite 1000
     Denver, CO  80202
     Telephone:  (303) 294-7002
     FAX:  (303) 294-1192
     David_johnson@fd.org
     Attorney for Defendant

*I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.*

CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2020, I filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch, Assistant United States Attorney
E-mail: Martha.paluch@usdoj.gov

Emily May Treaster, Assistant United States Attorney
E-mail: Emily.treaster@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Tony Jackson (via U.S. mail)

s/ David E, Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_johnson@fd.org
Attorney for Defendant