IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00517-DDD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. TONY JACKSON,

 Defendant.

---

**RESPONSE TO RESPONSES AND OBJECTIONS TO THE
PRESENTENCE REPORT [ECF NO. 36]**

---

The United States of America (the government) respectfully responds to the defendant's Responses and Objections to the Presentence Report. Many of the defendant's objections are moot based on the Probation Officer's revisions to the Presentence Report. *See* ECF Nos. 39 & 40. Nevertheless, each objection and clarification is discussed in turn below.

 I. Arrest Date/Release Status

The defendant correctly states that he has been in custody since November 24, 2019. The Presentence Report has been revised accordingly.

 II. Gang Affiliation

The defendant argues that he has not affiliated with any gang since he was a juvenile. The government does not take a position because it lacks sufficient information.

    III.      Marijuana Cigarette

The defendant argues that there was no marijuana in his bag.  The government disagrees for the reasons stated by the Probation Officer in the Addendum to the Presentence Report.  *See* ECF No. 40.   This objection should be overruled.

Whether the defendant possessed marijuana or CBD, however, does not affect the government's sentencing recommendation.

    IV.      Conviction Involving a Firearm

The Probation Officer has revised the Presentence Report to correct the characterization of the conviction discussed in paragraph 52 of the final Presentence Report.

    V.      Illinois Department of Corrections Information

The defendant proposes additional information related to his time in the Illinois Department of Corrections and asserts that some of the disciplinary allegations discussed were dismissed.  The Probation Officer has added some of information and explains that, according to the records, none of the allegations were dismissed.  The government believes that this objection, to the extent that it objects to some of the disciplinary allegations, should thus be overruled.

    VI.      GED

Defense counsel verified the defendant's GED, which the Probation Officer has included in the Presentence Report.

    VII.      Skills/Future Education

The defendant elaborates on his skills and future goals, which the Probation Officer has now included.

VIII. Restitution

The government agrees with the defendant's statement of the legal framework for restitution in this case. This information, however, need not be included in the Presentence Report.

                               Respectfully submitted,

                               JASON R. DUNN
                               United States Attorney

By:   s/*Emily Treaster*
        EMILY TREASTER
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Facsimile: (303) 520-2551
        E-mail: Emily.Treaster@usdoj.gov
        Attorney for Government

*I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).*

CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of May, 2020, I electronically filed the foregoing **RESPONSE TO RESPONSES AND OBJECTIONS TO THE PRESENTENCE REPORT [ECF NO. 36]** using the CM/ECF system which will send notification of such filing to the following e-mail address:

David E. Johnson
E-mail: David_Johnson@fd.org
Attorney for Tony Jackson

          *s/Maggie E. Grenvik*
          Maggie E. Grenvik
          Legal Assistant