IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00517-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    TONY JACKSON,

    Defendant.

## RESPONSE TO UNOPPOSED MOTION FOR BELOW-GUIDELINE SENTENCE
## [ECF NO. 38]

The United States of America (the government) respectfully responds to the defendant's Unopposed Motion for Below-Guideline Sentence. The defendant requests a sentence of time served and three years' supervised release. As the defendant correctly indicates, the government seeks the same sentence.

This is an unusual case. The nature and circumstances of the offense are serious. The defendant's actions resulted in the diversion of a commercial flight and impacted everyone on the airplane. Yet although the defendant is guilty of the charged crime, there is no evidence that the defendant intended to intimidate anyone. To the contrary, the defendant appears to have believed (incorrectly) that there was a knife on the flight and that he was in danger. He cried after he was restrained and yelled that "they" were stabbing him. In a post-*Miranda* interview, the defendant indicated that he had not slept for 36 hours.

Although these facts are not a defense to the charged crime, they counsel in favor of a variant sentence of time served. The defendant's actions suggest that he needs treatment and monitoring, which are included in the proposed conditions of supervised release.

The government thus requests that the Court grant the defendant's motion.

        Respectfully submitted,

        JASON R. DUNN
        United States Attorney

By:   s/*Emily Treaster*
        EMILY TREASTER
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Facsimile: (303) 520-2551
        E-mail: Emily.Treaster@usdoj.gov
        Attorney for Government

*I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).*

CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of May, 2020, I electronically filed the foregoing **RESPONSE TO UNOPPOSED MOTION FOR BELOW-GUIDELINE SENTENCE [ECF NO. 38]** using the CM/ECF system which will send notification of such filing to the following e-mail address:

David E. Johnson
E-mail: David_Johnson@fd.org
Attorney for Tony Jackson

                                            *s/Maggie E. Grenvik*
                                            Maggie E. Grenvik
                                            Legal Assistant