IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00517-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      TONY JACKSON,

      Defendant.

---

## RESPONSE TO DEFENDANT'S OBJECTION TO RESTITUTION
### [ECF NO. 43]

---

The United States of America (the government) respectfully responds to Defendant's Objection to Restitution.  American Airlines, a victim in this case, has requested $32,830.00 in restitution.[1]  *See* ECF 39.  The defendant objects to paying restitution based on the statutory factors set forth in 18 U.S.C. Section 3663(a)(1)(B) and argues that the airline seeks impermissible and unsubstantiated recovery.  As set forth below, the government agrees that the defendant's financial resources do not support a restitution order.

The Court may order restitution to any victim of this offense.  *See* 18 U.S.C. § 3663(a)(1)(A).  In determining whether to order restitution, the Court shall consider (1) "the amount of the loss sustained by each victim as a result of the offense," and (2) "the financial resources of the defendant, the financial needs and earning ability of the defendant and the defendant's dependents, and such other factors as the court deems appropriate."  18 U.S.C. § 3663(a)(1)(B)(i).

---

[1] A representative of American Airlines previously told the government's case agent that it was not seeking restitution.  The government thus did not address the issue of restitution in the plea agreement.

The government agrees with the defendant that he does not appear to have a present ability to pay or evidence of a significant future earning capacity.  The defendant has no assets and has $470 in liabilities.  His employment history is sporadic; his most recent job was working at a clothing store approximately 25 to 30 hours per week for $10 per hour.  His highest level of education is his GED.  He has two young children.

Should the Court agree with the parties that the defendant does not have the ability to pay restitution, the defendant's objection should be sustained.

Respectfully submitted,

JASON R. DUNN
United States Attorney


By:  s/ Emily Treaster_____
EMILY TREASTER
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 520-2551
E-mail: Emily.Treaster@usdoj.gov
Attorney for the Government

*I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 7th day of May, 2020, I electronically filed the foregoing **RESPONSE TO DEFENDANT'S OBJECTION TO RESTITUTION [ECF NO. 43]** using the CM/ECF system which will send notification of such filing to the following e-mail address:

David E. Johnson
E-mail: <u>David_Johnson@fd.org</u>
Attorney for Tony Jackson


<u>*s/Maggie E. Grenvik*</u>
Maggie E. Grenvik
Legal Assistant

3