**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO**

| | |
|---|---|
| Courtroom Deputy:  Patricia Glover<br>Court Reporter:    Mary George<br>Probation:         Mallory Coleman | Date: May 8, 2020<br>Interpreter: N/A |

**CASE NO.   19-cr-00517-DDD**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Emily Treaster |
| Plaintiff, | |
| v. | |
| TONY JACKSON, | David Johnson |
| Defendant. | |

**COURTROOM MINUTES**

**HEARING:**   Sentencing by Video Teleconference

 **2:50 p.m.**   **Court in session**.

Defendant present via VTC in custody and agrees to the sentencing being held by VTC.

**Change of Plea Hearing on February 11, 2020.   Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The parties **do** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #38)**

Allocution. - Statements made by: The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.   Counsel are offered the opportunity for further argument.   No further argument.

**ORDER:**     **Defendant Motion for Non-Guideline Sentence (Doc. #38) is GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD. Defendant is sentenced to "time served."**

The defendant is advised of his right to appeal.

**ORDER:**     Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**3:13 p.m.**     **Court in recess.**

Total Time:    23 minutes.
Hearing Concluded.