# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Daniel D. Domenico

Criminal Case No. 19-cr-00517-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TONY JACKSON,

    Defendant.

---

## ORDER

---

    PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Daniel D. Domenico, United States District Judge, on May 8, 2020, it is hereby

    ORDERED that Defendant, TONY JACKSON is sentenced to **TIME SERVED.**

    DATED: May 8, 2020.

                                         BY THE COURT:

                                         Daniel D. Domenico
                                         United States District Judge