PROB 22
(Rev. 2/88)

**FILED** 6/3/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JN  **20CR266**

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
1:19-cr-00517-DDD-1

DOCKET NUMBER *(Rec. Court)*

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**
Tony Jackon
45871 West Gunnison Street
Chicago, IL 60625

**DISTRICT**: Colorado
**DIVISION**: Denver

**NAME OF SENTENCING JUDGE**: Daniel D. Domenico

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: 05/08/2020
TO: 05/07/2023

**OFFENSE**
Interference with Flight Crew Members, in violation of 49 U.S.C. § 46504

**JUDGE FEINERMAN**
**MAGISTRATE JUDGE WEISMAN**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Colorado

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois - Chicago Division upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/3/2020
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ LARITZA ARCOS
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
June 4, 2020

6/3/2020
*Effective Date*

*United States District Judge*